## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DON ADKINS, ELLEN ADKINS, and DON ADKINS o/b/o T.A., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> TFI FAMILY SERVICES, INC., et al., <br><br> Defendants. | CASE NO. 2:13-cv-02579-EFM-GLR |

### PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

COME NOW Plaintiffs Don Adkins, Ellen Adkins, and Don Adkins o/b/o T.A., a minor, ("Plaintiffs") and submit their designation of expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2):

**1.  Fed. R. Civ. P. 26(a)(2)(B):**

  a.  **Dr. Rosalyn Bertram, Ph.D.**

   i.  A complete statement of all opinions the witness will express and the basis and reasons for them is hereby produced as Adkins 1373 to Adkins 1379.

   ii.  The facts or data considered by the witness in forming them is included in her written report.

   iii.  Any exhibits that will be used to summarize or support her opinions are stated in her written report.

   iv.  The witness's qualifications, including a list of all publications authored in the previous ten years, are shown on her CV, which is hereby produced as Adkins 1380 to Adkins 1424.

   v.  Dr. Bertram has not testified as an expert witness at trial or in any deposition during the previous four years.



vi.     A statement of the compensation to be paid for the study and testimony in the case is shown on Adkins 1373.

b. **Spence Shumway, CPA, CIRA.**

i.     A complete statement of all opinions the witness will express and the basis and reasons for them is hereby produced as Adkins 1425 to Adkins 1431.

ii.     The facts or data considered by the witness in forming them is included in his written report.

iii.     Any exhibits that will be used to summarize or support his opinions are stated in his written report.

iv.     The witness's qualifications, including a list of all publications authored in the previous ten years is hereby produced as Adkins 1432.

v.     A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition is produced as Adkins 1432.

vi.     The compensation to be paid for the study and testimony in the case is set forth on Adkins 1426.

  c. Plaintiffs reserve the right to call any expert witness endorsed by other parties.

  d. Plaintiffs reserve the right to identify rebuttal expert witnesses.

  e. Plaintiffs reserve the right to supplement its expert witness disclosures because discovery is continuing.

2.     **Fed. R. Civ. P. 26(a)(2)(C):**

a. **Dr. Adolph Casal, M.D.**

i.     Dr. Casal is expected to testify regarding his care and treatment of ▓▓▓ Adkins and ▓▓▓ Adkins, their mental health diagnoses and medications, and their future

2

mental health requirements, prognosis, and costs and expenses for past and future treatment and medications.

    ii.  A letter prepared by Dr. Casal is produced as Adkins 1379. See email of Scott Hoopes to Joe McGreevy of February 16, 2017 at 9:13 p.m.

  b. **Dr. Darlene McNulty, D.O.**

    i.  Dr. McNulty is expected to testify regarding her care and treatment of ▇▇▇ Adkins and ▇▇▇ Adkins, their mental health diagnoses and medications, and their future mental health requirements, prognosis, and expenses for past and future treatment and medications.

    ii.  See email of Scott Hoopes to Joe McGreevy of February 16, 2017 at 9:13 p.m.

  c. **Dr. J. Patrick Ware, M.D.**

    i.  Dr. Ware is expected to testify regarding his care and treatment of ▇▇▇ Adkins and ▇▇▇ Adkins, and the costs and expenses associated with the same.

    ii.  Letters prepared by Dr. Ware have previously been produced during the pendency of this case.

  d. **Janice Driggers.**

    i.  Ms. Driggers is expected to testify consistent with the opinions expressed during her October 19, 2016 deposition.

    ii.  Ms. Driggers is expected to testify consistent with the opinions expressed during her October 19, 2016 deposition.

  e. **Dr. Kelly R. VanderKooi.**

        i.        Dr. VanderKooi is expected to testify regarding ▮▮▮ Adkins' enrollment at Pilgrims Rest Boarding School, his behaviors and mental health diagnoses while enrolled, and his ongoing and future prognosis.

        ii.      A letter prepared by Dr. VanderKooi is produced as Adkins 1433.

    f.    See additional non-retained experts identified in email of Scott Hoopes to Joe McGreevy of February 16, 2017 at 9:13 p.m.

    g.    Plaintiffs reserve the right to call any expert witness endorsed by other parties.

    h.    Plaintiffs reserve the right to identify rebuttal expert witnesses.

    i.    Plaintiffs reserve the right to supplement its expert witness disclosures because discovery is continuing.

Respectfully Submitted,

**BROWN & RUPRECHT, PC**
2323 Grand Blvd., Suite 1100
Kansas City, MO 64108
T: (816) 292-7000
F: (816) 292-7

By: _/s/ Matthew M. Merrill_
MATTHEW M. MERRILL, KS Bar No. 19021
E-mail: mmerrill@brlawkc.com
DIANE H. LEWIS, KS Bar No. 24753
Email: dlewis@brlawkc.com

and

Scott R. Hoopes (Pro Hac Vice)
Mills & Hoopes, LLC
Attorneys at Law
1550 North Brown Road, Suite 130
Lawrenceville, GA 30043
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of February, 2017, a true and correct copy of the above and foregoing was filed with the Clerk of the District Court by using the CM/ECF system, which will send a notice of electronic filing to:

Sean P. Edwards
Jana V. Richards
Joe M. McGreevy
Jordon T. Stanley
Sanders Warren & Russell, LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
ATTORNEYS FOR DEFENDANTS TFI
FAMILY SERVICES, INC. AND
KELLI ANN HEGARTY

Attorney