

# STONEBRIDGE
### accounting & forensics

www.stonebridgeaccounting.com

February 16, 2017

Scott Hoopes, Esq.
Mills & Hoopes, LLC
Attorneys at Law
1550 North Brown Road
Suite 130
Lawrenceville, Georgia 30043

      Re:   Adkins v. TRI Family Services, Inc. et al
              District Court of Kansas
              Case No. 2:13-cv-02579-EFM-GLR

Dear Mr. Hoopes:

I write regarding the attached cost summary schedules prepared in connection with the above matter.

How to read the schedules:

1. Schedule 1 summarizes the costs by year for each son and other costs [Schedules 2 – 5].

2. Schedules 2 – 4 outline the cost details on a son-by-son basis for the Schedule 1 summary.

3. Schedule 5 outlines some of the Adkins' direct costs associated with the case.

4. Litigation costs have not been included. You will need to provide those.

What these schedules represent:

1. The source of these schedules is Mr. and Mrs. Adkins. They are based on actual costs through 2016 and expected costs beginning in 2017.

2. The projected costs reflect the Adkins understanding of "what to expect" from discussions with the medical experts treating their sons.

3. All projections stop at the end of the year a son turns 18, as if each son's medical condition will be miraculously healed at that moment.



EXHIBIT B

counting & Forensics LLC  |  P.O. Box 1290, Grayson, GA 30017  |  Phone 770.995.8102  |  Fax 770.995.8103

Adkins 1425

4. The projected costs are in today's dollars without adjustments for inflation or present value discounts [simply assumes inflation and present value discounts will be the same and offset].

Anticipated amendments to this report and the schedules if this matter continues to a jury Trial:

1. Cost projections will be expanded to include anticipated continuing costs in adulthood.

2. Cost extrapolations will be both inflation and present value adjusted.

Other Matters:

1. My hourly billing rate is $255.00. To date I have spent 18 hours on this matter. If this matter goes to trial, I estimate my additional time investigating, report drafting, and testifying by both deposition and before the Court will exceed 75 hours.

2. An abbreviated CV is attached, to be supplemented.

Sincerely,

Spence Shumway, CPA, CIRA

Adkins v. TRI Family Services, Inc. et al
District Court of Kansas
Case No. 2:13-cv-02579-EFM-GLR
**Summary Schedule 1**

Adkins' Out-of-Pocket Costs [not covered by insurance]

| Child | Reference | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Beyond [a] | Subtotals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Schedule 2 | - | 3,240 | 1,009 | 812 | 9,062 | - | - | - | - | - | - | - | - | ?? | 14,123 |
| | Schedule 3 | - | 6,508 | 3,465 | 109,120 | 237,771 | 36,250 | 36,400 | 117,550 | 117,700 | 117,850 | 118,000 | 118,150 | 118,300 | ?? | 1,137,064 |
| | Schedule 4 | - | 2,259 | 4,807 | 13,604 | 7,265 | 5,500 | 5,500 | 5,500 | 5,500 | - | - | - | - | ?? | 49,935 |
| Other | Schedule 5 | - | 1,675 | - | - | 5,301 | - | - | - | - | - | - | - | - | - | 6,976 |
| Totals | | - | 13,681 | 9,281 | 123,536 | 259,399 | 41,750 | 41,900 | 123,050 | 123,200 | 117,850 | 118,000 | 118,150 | 118,300 | - | 1,208,097 |

[a] Not calculated at this time, but will for Trial. Above analysis simply assumes all cost exposures cease at the end of the year as son turns 18.

[Source - Mr. & Mrs. Adkins]

Adkins 1427

Adkins v. TRI Family Services, Inc. et al
District Court of Kansas
Case No. 2:13-cv-02579-EFM-GLR
## Schedule 2

Adkins' Out-of-Pocket Costs [not covered by insurance]

■ - Adopted - Age 18 as of December 31, 2016 - lives with adoptive parents - plans to attend college in the fall

Has required extensive counseling.

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Beyond | Subtotals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cope Center Destin | | | | | 180 | | | | | | | | | | 180 |
| Children's' Center | | | | | 225 | | | | | | | | | | 225 |
| Medical | | 252 | 1,009 | 812 | 8,657 | | | | | | | | | | 10,730 |
| Dr. Ware | | 2,988 | | | | | | | | | | | | | 2,988 |
| Dr. Montgomery | | ? | | | | | | | | | | | | | - |
| Dr. McNulty | | ? | | | | | | | | | | | | | - |
| Totals | - | 3,240 | 1,009 | 812 | 9,062 | - | - | - | - | - | - | - | - | - | 14,123 |

[Source - Mr. & Mrs. Adkins]

Adkins 1428

Adkins v. TRI Family Services, Inc. et al
District Court of Kansas
Case No. 2:13-cv-02579-EFM-GLR
**Schedule 3**

Adkins' Out-of-Pocket Costs [not covered by insurance]

■ - Adopted - Age 10 as of December 31, 2016 - As reported, suffers from a sever case of RAD [Reactive Attachment Disorder] and has been effectively institutionalized [turns 18 in 2024].
He is currently at a private Kentucky school that specializes in pre-teen RAD's. When he ages out, he will be moved to a similar school that focuses on teenagers with RAD.

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Beyond [b] | Subtotals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peachford Hospital [mental] | | | | | 10,800 | | | | | | | | | | 10,800 |
| Children's' Center | | | | | 225 | | | | | | | | | | 225 |
| Pilgrim Rest Center [pre-teen only] | | | | | 1,800 | 20,000 | 20,000 | | | | | | | | 41,800 |
| Utah Boys School [for teenagers] | | | | | | | | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | ?? | 600,000 |
| Travel Costs for Visitations | | | | | 1,000 | 5,000 | 5,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | ?? | 47,000 |
| Medical | | 3,520 | 3,465 | 5,801 | 27,309 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | ?? | 76,095 |
| Dr. Ware | | 2,988 | | | | | | | | | | | | | 2,988 |
| Dr. Montgomery | | | ? | | | | | | | | | | | | - |
| Dr. McNulty | | | ? | | | | | | | | | | | | · |
| Costs of Move | | | | | | | | | | | | | | | |
| Loss and moving cost from GA Home | | | | 100,000 | | | | | | | | | | | 100,000 |
| Loss and moving cost from 1st FL Home | | | | | 190,000 | | | | | | | | | | 190,000 |
| Reduced Earnings of Mrs. Adkins [a] | | | | 3,319 | 6,637 | 6,750 | 6,900 | 7,050 | 7,200 | 7,350 | 7,500 | 7,650 | 7,800 | ?? | 68,156 |
| Totals | | 6,508 | 3,465 | 109,120 | 237,771 | 36,250 | 36,400 | 117,550 | 117,700 | 117,850 | 118,000 | 118,150 | 118,300 | ?? | 1,137,064 |

[a] Mrs. Adkins is a school teacher. School teachers in metro Atlanta make more money than school teachers in the Florida panhandle.

[b] Beyond - costs have only been calculated until ■ turns 19 ... but the actual financial impact and potential financial exposures continue:
  o The Adkins have been advised that ■ condition has no known cure ... we have not attempted to calculate this financial exposure, but will for trial.
  o Mrs. Adkins expected retirement has also been negatively impacted by the move from metro Atlanta to the Florida panhandle ... we have not attempted to calculate, but will for trial.

[Source - Mr. & Mrs. Adkins]

Adkins 1429

Adkins v. TRI Family Services, Inc. et al
District Court of Kansas
Case No. 2:13-cv-02579-EFM-GLR

## Schedule 4

Adkins' Out-of-Pocket Costs [not covered by insurance]

▓▓▓ - Biological - Age 15 as of December 31, 2016 - lives with parents [turns 18 in 2020]

Suffers emotional complications from 2012 sexual assault by prospective adopted son ▓▓▓ who was returned to Kansas custody.

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Beyond | Subtotals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Children's' Center Counseling Costs: | | | | | 225 | | | | | | | | | | 225 |
| Medical | | 1,559 | 3,807 | 12,104 | 5,040 | 5,000 | 5,000 | 5,000 | 5,000 | | | | | | 42,510 |
| Travel Costs for Doctors | | 700 | 1,000 | 1,500 | 2,000 | 500 | 500 | 500 | 500 | | | | | | 7,200 |
| Totals | | 2,259 | 4,807 | 13,604 | 7,265 | 5,500 | 5,500 | 5,500 | 5,500 | - | - | - | - | - | 49,935 |

[Source - Mr. & Mrs. Adkins]

Adkins v. TRI Family Services, Inc. et al
District Court of Kansas
Case No. 2:13-cv-02579-EFM-GLR

## Schedule 5

Adkins' Out-of-Pocket Costs [not covered by insurance]

**Other Costs**

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Beyond | Subtotals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adoption Costs [a] | | | | | | | | | | | | | | | - |
| Litigation Process | | | | | | | | | | | | | | | |
| Attorney & Experts [b] | | | | | | | | | | | | | | | - |
| Deposition Costs | | | | | | | | | | | | | | | |
| August [travel related] | | | | | 1,650 | | | | | | | | | | 1,650 |
| October [travel related] | | | | | 2,201 | | | | | | | | | | 2,201 |
| December [travel related] | | | | | 1,450 | | | | | | | | | | 1,450 |
| Other [Lawsuit Initiation] | | 1,675 | | | | | | | | | | | | | 1,675 |
| **Totals** | - | 1,675 | - | - | 5,301 | | | | | | | | | | 6,976 |

[a] All costs were refunded by TFI after the prospective adopted son ▓▓ sexually assaulted Adkin's biological son ▓▓ and was returned to Kansas custody. ▓▓ was in the Adkins' home for about two months.
[b] To be provided by Atkins' attorney upon request.

[Source - Mr. & Mrs. Adkins]

Adkins 1431

# SPENCE A SHUMWAY, CPA, CIRA

## MANAGING DIRECTOR, STONEBRIDGE ACCOUNTING & FORENSICS, LLC

### ABREVIATED CV

Over 38 years of Business Advisory, Accounting and Expert Services

WORK HISTORY

- Founder of Stonebridge in 1987 (Atlanta).
- President of an international financial planning firm (Peterson - Atlanta).
- Senior Manager, international CPA firm (KPMG/Peat Marwick – New Orleans).

TEACHING

- Adjunct Professor – John Marshall Law School.
- Frequent presenter and panel member at conferences with the National Association of Bankruptcy Trustees and with the Georgia Society of CPAs.
- Top rated instructor in the nation for the Becker CPA Review.
- National instructor for the American Institute of Certified Public Accountants (AICPA).

EDUCATION

BYU, Summa Cum Laude, B.S. Accounting with a composite minor in Economics/Management.

OTHER ITEMS OF INTEREST

- Passed CPA examination on first sitting.
- National Gold Medal - Zolfo Cooper/Randy Waits Award for the highest score on the CIRA (Certified Insolvency and Restructuring Advisors) examination.

Adkins 1432